### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### OXFORD DIVISION

JEANNIE LYNN PETERS AMBURGEY                                    PLAINTIFF

V.                                                      NO. 3:21-CV-72-DMB-JMV

COMMISSIONER OF SOCIAL
SECURITY                                                        DEFENDANT

### ORDER

On April 7, 2021, Jeannie Lynn Peters Amburgey filed a complaint in the United States District Court for the Northern District of Mississippi seeking judicial review of the decision of the Commissioner of Social Security denying her claim for supplemental security income and/or disability insurance benefits. Doc. #1. On December 14, 2021, the Commissioner moved to remand this case pursuant to sentence four of 42 U.S.C. § 405(g). Doc. #20. As grounds, the Commissioner represents that the "hearing decision found that [Amburgey] was limited to jobs" with certain reasoning requirements but "[t]he jobs identified by the vocational expert … exceeded the reasoning requirements." *Id.* at 1. The Commissioner seeks remand "for rehearing and a new administrative decision" to consider "whether work exists in the national economy in significant numbers that are compatible with [Amburgey's] residual functional capacity." *Id.* The Commissioner represents the request for remand is unopposed. *Id.*

Upon consideration, the motion to remand [20] is **GRANTED**. The final administrative decision is **REVERSED** and **REMANDED** for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). This case is **CLOSED**.

**SO ORDERED**, this 17th day of December, 2021.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**